# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**HOWARD M. ROWELL**     **PLAINTIFF**

**VERSUS**     **CIVIL ACTION NO. 1:08-cv-1368-HSO-JMR**

**JACKSON COUNTY, MISSISSIPPI, ET AL.**     **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate John M. Roper [46-1] entered in this cause on March 9, 2010. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's Motion for Summary Judgment filed September 1, 2009 [35-1], should be and hereby is **DENIED.**

**IT IS, FURTHER ORDERED AND ADJUDGED,** that because there is no genuine issue as to any material fact on Plaintiff's claims brought against them, Defendants are entitled to judgment as a matter of law pursuant to FED. R. CIV. P. 56. Therefore, Defendants' Motion for Summary Judgment filed November 7, 2009 [41-1], should be and hereby is **GRANTED,** and the above captioned case is dismissed with prejudice. All other pending motions are hereby denied as moot.

**SO ORDERED AND ADJUDGED**, this the 14th day of April, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE